OPINION # ___O-7429_____ WAS NEVER ISSUED OR

WAS WITHDRAWN.